Education of the City of New York.— Motion for leave to appeal to the Court of Appeals granted. [See 258 App. Div. 940.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Construction of the Will of HENRY EVANS, Deceased.— Motion for leave to appeal to the Court of Appeals granted. [See 258 App. Div. 870; Id. 1037.] Present — Martin, P. J., Townley, Cohn and Callahan, JJ.

MERCER TUBE & MANUFACTURING COMPANY, a Delaware Corporation, v. AMERICAN ZINC SALES COMPANY, a Maine Corporation.— Motion for leave to appeal to the Court of Appeals granted. [See 258 App. Div. 506.] Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

BROOKLYN BAR ASSOCIATION v. KINGS COUNTY BAR ASSOCIATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, with leave to the defendant to answer the complaint within ten days from date of entry of order, on payment of said costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GERTRUDE S. SCHOLL v. 190TH STREET & JEROME AVENUE CORPORATION and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

BENJAMIN F. WITBECK v. SAMUEL FRENCH, INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Petition of ADO THOMPSON MILLER to Obtain a Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of MARILYN MILLER O'BRIEN, Deceased. ADO THOMPSON MILLER; ADA PORTER REYNOLDS, as Executrix, etc., and Another. — Motion for leave to appeal to the Court of Appeals granted. [See 258 App. Div. 1044.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Petition of ADO THOMPSON MILLER to Obtain a Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of MARILYN MILLER O'BRIEN, Deceased. ADO THOMPSON MILLER; ADA PORTER REYNOLDS, as Executrix, etc., and Another. — Motion for leave to appeal to the Court of Appeals granted. [See 258 App. Div. 1044.] Present — Martin; P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH MACHOVIC v. FRANKLIN SAVINGS BANK IN THE CITY OF NEW YORK and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

EDMUND D. READ and Others and HENRY ABRAMS and Others v. LEHIGH VALLEY RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals and for a stay granted upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. [See 258 App. Div. 948.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.